**2:20-mj-02460**

Print Form



FILED
CLERK, U.S. DISTRICT COURT
05/29/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CLO  DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| ARTHUR GONZALEZ, JR. | Case Number: 17CR1691-BEN |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  ARTHUR GONZALEZ, JR.
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense):
8:1324(a)(2)(B)(iii); 18:2

In violation of Title _____See Above_____ United States Code, Section(s) _____

John Morrill                                          Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

s/ P.M. LOPEZ                                    10/31/17  SAN DIEGO CALIFORNIA
Signature of Deputy                            Date and Location

Bail fixed at $        NO BAIL          by        The Honorable BERNARD G. SKOMAL
                                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |