FILED
CLERK, U.S. DISTRICT COURT

AUG - 9 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR GONZALEZ, JR.,<br><br>Defendant. | Case No.  2:21-CR-00211-MWF-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 9, 2022, Defendant Arthur Gonzalez, Jr. ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:21-CR-00211-MWF-1. The Court appointed Anuj Nadadur of the Federal Public Defender's Office to represent Defendant.

///

///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.    ☐    Defendant submitted to the Government's Request for Detention;

    B.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that he will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of the instant allegations;
- Prior failures to appear;
- Repeated violations of court-ordered supervision.

    D.    ☒    Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Nature of the instant allegations;
- Criminal history
- Repeated violations of court-ordered supervision;
- Co-occuring disorders;
- Outstanding protective orders.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence

against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: August 9, 2022

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE